**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**DOR MEZUMAN,**

**Plaintiff,**

**26-CV-7567 (MMG) (VF)**

**-against-**

**<u>ORDER</u>**

**REINA ROBLES,**
**CHRISTOPHER P. MORTORELLO,**

**Defendant.**

**-----------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference is hereby scheduled for **<u>Monday, November 30, at 10:00 a.m.</u>** The parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [876 117 812#].**

The Clerk of Court is respectfully directed to close the gavel at ECF No. 19.

**SO ORDERED.**

DATED: New York, New York
October 20, 2026

VALERIE FIGUEREDO
United States Magistrate Judge