RECEIVED
SDNY PRO SE OFFICE
2026 NOV 20 PM 3:58

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dor Mezuman

Write the full name of each plaintiff or petitioner.

Case No. 26 CV 7567

-against-

Reina Robles
Christopher P. Martorello

Write the full name of each defendant or respondent.

# NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff (plaintiff or defendant) Dor Mezuman (name of party who is making the motion)

requests that the Court:

Stay the conference (delay it) until the court (Appeals) rules on my appeals.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

11.20.26
Dated

[signature]
Signature

Dor Mezuman
Name

Prison Identification # (if incarcerated)

204 W 132nd St 3R | New York | NY | 10027
Address | City | State | Zip Code

9083413039
Telephone Number (if available)

dormezuman@gmail.com
E-mail Address (if available)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P) FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY APPELLANT**

| | | |
|---|---|---|
| **CASE TITLE** Mezuman v. Robles | **DISTRICT** Southern District New York | **DOCKET NUMBER** 26-cv-7567 |
| | **JUDGE** Garnett | **APPELLANT** |
| | **COURT REPORTER** | **PRO SE APPELLANT** Dos Mezuman |

**Check the applicable provision:**

☐ I am ordering a transcript.

☐ I am not ordering a transcript.

Reason for not ordering a transcript:

☐ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**

**METHOD OF PAYMENT** ☐ Funds ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| | |
|---|---|
| **APPELLANT'S SIGNATURE** | **DATE** 11.20.26 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| | | |
|---|---|---|
| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Mezuman V. Robles Docket No.: 26-3057

Lead Counsel of Record (name/firm) or Pro se Party (name): ______

Appearance for (party/designation): none

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:

☐ Correct

☐ Incorrect. See attached caption page with corrections.

**Appellate Designation** is:

☐ Correct

☐ Incorrect. The following parties do not wish to participate in this appeal:

Parties: ______

☐ Incorrect. Please change the following parties' designations:

Party | Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:

☐ Correct

☐ Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: ______

Firm: ______

Address: ______

Telephone: ______ Fax: ______

Email: ______

## RELATED CASES

☐ This case has not been before this Court previously.

☐ This case has been before this Court previously. The short title, docket number, and citation are: ______

☐ Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ______

## CERTIFICATION

I certify that ☐ I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on ______ OR that ☐ I applied for admission on ______ or renewal on ______. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: ______

Type or Print Name: ______

OR

Signature of pro se litigant: [signature]

Type or Print Name: Dor Mezuman

☐ I am a pro se litigant who is not an attorney.

☐ I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P) FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY APPELLANT**

| CASE TITLE | | |
|---|---|---|
| Mezuman v. Robles | DISTRICT Southern District New York | DOCKET NUMBER 26-CV-7567 |
| | JUDGE Garnett | APPELLANT |
| | COURT REPORTER | PRO SE APPELLANT Dor Mezuman |

**Check the applicable provision:**

☐ I am ordering a transcript.

☐ I am not ordering a transcript.

Reason for not ordering a transcript:

☐ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**

**METHOD OF PAYMENT** ☐ Funds ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE |
|---|---|
| | 11.20.26 |

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Mezuman v Robles Docket No.: 26-2490

Lead Counsel of Record (name/firm) or Pro se Party (name): ______

Appearance for (party/designation): none

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ______
( ) Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: ______
Firm: ______
Address: ______
Telephone: ______ Fax: ______
Email: ______

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: ______

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ______

## CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on ______ OR that ( ) I applied for admission on ______ or renewal on ______. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: ______
Type or Print Name: ______
OR
Signature of pro se litigant: [signature]
Type or Print Name: Dor Mezuman
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY APPELLANT**

| | | |
|---|---|---|
| CASE TITLE<br>Mezuman v. Robles | DISTRICT Souther District New York | DOCKET NUMBER 26-cv-7567 |
| | JUDGE Garnett | APPELLANT |
| | COURT REPORTER | PRO SE APPELLANT<br>Dor Mezuman |

Check the applicable provision:

☐ I am ordering a transcript.

☐ I am not ordering a transcript.

Reason for not ordering a transcript:

☐ Copy is already available

☒ No transcribed proceedings

☐ Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

METHOD OF PAYMENT ☐ Funds ☐ CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| | |
|---|---|
| APPELLANT'S SIGNATURE [illegible] | DATE 11/20/26 |

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| | | |
|---|---|---|
| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
| SIGNATURE OF COURT REPORTER | | DATE |

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Mezuman v. Robles Docket No.: 26-2925

Lead Counsel of Record (name/firm) or Pro se Party (name): ____

Appearance for (party/designation): none

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
☐ Correct
☐ Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
☐ Correct
☐ Incorrect. The following parties do not wish to participate in this appeal:
Parties: ____
☐ Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
☐ Correct
☐ Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: ____
Firm: ____
Address: ____
Telephone: ____ Fax: ____
Email: ____

## RELATED CASES

☐ This case has not been before this Court previously.
☐ This case has been before this Court previously. The short title, docket number, and citation are: ____

☐ Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ____

## CERTIFICATION

I certify that ☐ I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on ____ OR that ☐ I applied for admission on ____ or renewal on ____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: ____
Type or Print Name: ____
OR
Signature of pro se litigant: [signature]
Type or Print Name: Vic Mezuman
☐ I am a pro se litigant who is not an attorney.
☐ I am an incarcerated pro se litigant.

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 24, 2026**

Plaintiff's request to adjourn the Court's upcoming conference is **DENIED**. The November 30, 2026 conference was scheduled on October 20, 2026, over a month ago. This matter, including discovery, motions, and conferences, may proceed in this Court alongside Plaintiff's appeals. The Court will address Plaintiff's filings at the conference.